## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 98-21006
_____

AZIZ K. MOMIN,

Petitioner-Appellant,

versus

RICHARD CRAVENER, District Director, Immigration and
Naturalization Service, Houston; JANET RENO, U.S. Attorney
General,

Respondents-Appellees.

Appeal from the United States District Court
for the Southern District of Texas
(H-98-CV-2076)

November 3, 1999

Before KING, Chief Judge, and REYNALDO G. GARZA and EMILIO M. GARZA, Circuit
Judges.

PER CURIAM: [*]

AFFIRMED. *See Requena-Rodriguez v. Pasquarell*, 190 F.3d 299 (5th Cir. 1999).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.